UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBEX ENGINEERING SERVICES, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>HONEYWELL TECHNOLOGY SOLUTIONS, INC.,<br><br>        Defendant. | C.A. No. 05-CV-11126-MEL |

**NOTICE OF APPEARANCE**

Please enter my appearance as additional counsel on behalf of defendant Honeywell Technology Solutions, Inc.

                                      Respectfully submitted,

                                      HONEYWELL TECHNOLOGY
                                      SOLUTIONS, INC.

                                      By its attorneys,

                                      HOLLAND & KNIGHT LLP

                                      */s/ Paul M. James*
                                      Paul M. James (BBO # 552342)
                                      10 St. James Avenue
                                      Boston, Massachusetts  02116
                                      (617) 523-2700

Dated:  August 25, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2005, I electronically filed the within Notice of Appearance with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following attorneys of record:

Joseph F. Hardcastle, Esq.
Hardcastle & Shuber
50 Congress Street, Suite 314
Boston, MA  02109

Cintra S. Shuber, Esq.
Hardcastle & Shuber
50 Congress Street, Suite 314
Boston, MA  02109

      */s/ Paul M. James*
      Paul M. James, Esq.
      Holland & Knight LLP
      10 St. James Avenue
      Boston, MA 02116

# 3176936_v1