UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBEX ENGINEERING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL TECHNOLOGY SOLUTIONS INC., <br><br> Defendant. | C.A. No. 05-CV-11126-MEL |

**DEFENDANT HONEYWELL TECHNOLOGY SOLUTIONS INC.'S
LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the defendant, Honeywell Technology Solutions Inc., states as follows:

1       Honeywell Technology Solutions Inc.'s parent corporation is Honeywell International Inc.

2.      Honeywell International Inc. is a publicly held corporation that owns more than 10% of the stock of Honeywell Technology Solutions Inc.

                Respectfully submitted,

                HONEYWELL TECHNOLOGY
                SOLUTIONS INC.

                By its attorneys,

                HOLLAND & KNIGHT LLP

                */s/ David J. Santeusanio*
                Paul M. James (BBO # 552342)
                David J. Santeusanio (BBO # 641270)
                10 St. James Avenue
                Boston, Massachusetts  02116
                (617) 523-2700

Dated:  September 12, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

      I hereby certify that on September 12, 2005, I electronically filed Defendant Honeywell Technology Solutions Inc.'s Local Rule 7.3 Corporate Disclosure Statement with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following attorneys of record:

Joseph F. Hardcastle, Esq.
Hardcastle & Shuber
50 Congress Street, Suite 314
Boston, MA  02109

Cintra S. Shuber, Esq.
Hardcastle & Shuber
50 Congress Street, Suite 314
Boston, MA  02109

                                           */s/ David J. Santeusanio*
                                           David J. Santeusanio, Esq.
                                           Holland & Knight LLP
                                           10 St. James Avenue
                                           Boston, MA 02116

# 3212090_v1