UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IBEX Engineering Services, Inc.,
                     Plaintiff,

v.

Honeywell Technology Solutions, Inc.,
                     Defendant.

Civil Action
No. 05-CV-11126-MEL

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL RULE 7.3

I, Robert E. Sweeney, President and Chief Operating Officer of IBEX Engineering Services, Inc. hereby state (i) that IBEX Engineering Services, Inc. has no parent corporation, and (ii) that no publicly held company owns more than 10% of the issued and outstanding shares of IBEX Engineering Services, Inc.'s stock.

_____
Robert E. Sweeney

Dated: September 16, 2005