UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBEX ENGINEERING SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL TECHNOLOGY SOLUTIONS INC., <br><br> Defendant. | C.A. No. 05-CV-11126-MEL |

**DEFENDANT HONEYWELL TECHNOLOGY SOLUTIONS INC.'S
CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1(D)(3)**

The undersigned hereby certify, in accordance with Local Rule 16.1(D)(3), that they have conferred about establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation and to discuss the use of alternative dispute resolution programs.

HONEYWELL TECHNOLOGY SOLUTIONS INC.    HOLLAND & KNIGHT LLP

*/s/ Michael E. Ferrans*  
Assistant General Counsel  
Honeywell International Inc.  
101 Columbia Road, AB-2B  
Morristown, NJ  07962  

*/s/ David J. Santeusanio*  
Paul M. James (BBO # 552342)  
David J. Santeusanio (BBO # 641270)  
10 St. James Avenue  
Boston, Massachusetts  02116  
(617) 523-2700  

Dated:  September 22, 2005

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

      I hereby certify that on September 22, 2005, I electronically filed Defendant Honeywell Technology Solutions Inc.'s Certification of Conference Pursuant to Local Rule 16.1(D)(3) with the Clerk of Court using the CM/EMF system, which will send notification of such filing to the following attorneys of record:

Joseph F. Hardcastle, Esq.
Hardcastle & Shuber
50 Congress Street, Suite 314
Boston, MA  02109

Cintra S. Shuber, Esq.
Hardcastle & Shuber
50 Congress Street, Suite 314
Boston, MA  02109

                                            */s/ David J. Santeusanio*
                                            David J. Santeusanio, Esq.
                                            Holland & Knight LLP
                                            10 St. James Avenue
                                            Boston, MA 02116

# 3235403_v1