UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IBEX Engineering Services, Inc.,
                        Plaintiff,

v.

Honeywell Technology Solutions, Inc.,
                        Defendant.

Civil Action
No. 05-CV-11126-MEL

**CERTIFICATION OF ROBERT E. SWEENEY
PURSUANT TO LOCAL RULE 16.1(D)(3)**

I, Robert E. Sweeney, President and Chief Operating Officer of IBEX Engineering Services, Inc. hereby certify that I have conferred with Joseph F. Hardcastle, IBEX Engineering Services, Inc.'s counsel in this action (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Robert E. Sweeney

Dated: September 16, 2005