UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBEX Engineering Services, Inc.,<br>      Plaintiff,<br><br>  v.<br><br>Honeywell Technology Solutions, Inc.,<br>      Defendant. | Civil Action<br>No. 05-CV-11126-MEL |

**CERTIFICATION OF PLAINTIFF'S COUNSEL**
**PURSUANT TO LOCAL RULE 16.1(D)(3)**

  I, Joseph F. Hardcastle, counsel for plaintiff IBEX Engineering Services, Inc., hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs.

                   /s/ Joseph F. Hardcastle
                   Joseph F. Hardcastle (BBO# 559479)
                   HARDCASTLE & SHOBER
                   50 Congress Street, Suite 314
                   Boston, MA  02109
                   (617) 248-2240
                   jfh@hardcastleshober.com

Dated: September 23, 2005