UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBEX Engineering Services, Inc.,<br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Honeywell Technology Solutions Inc.,<br>　　　　　　　　　　Defendant. | Civil Action<br>No. 05-CV-11126-MEL |

**JOINT STATEMENT FOR LOCAL RULE 16.1 CONFERENCE**

In accordance with the Court's Notice of Scheduling Conference, plaintiff IBEX Engineering Services, Inc. ("IBEX") and defendant Honeywell Technology Solutions Inc. ("Honeywell") submit this Joint Statement in advance of the Local Rule 16.1 Conference scheduled for September 28, 2005.

**I.　　JOINT DISCOVERY PLAN.**

The parties do not believe that the facts of this case call for phased discovery and propose the following discovery schedule:

| | |
|---|---|
| **April 21, 2006:** | Designation of expert witnesses and related disclosures made |
| **May 26, 2006:** | All discovery, including all fact discovery and any expert depositions, completed |

**II.　　PROPOSED SCHEDULE FOR THE FILING OF MOTIONS.**

| | |
|---|---|
| **December 30, 2005:** | Deadline for Filing any Rule 15, 17, and 19 Motions |
| **August 15, 2006:** | Deadline for Filing of Rule 56 Motions |
| **30 Days After Service of Rule 56 Motion** | Opposition to any Rule 56 Motion Filed |

**III.　　CERTIFICATIONS OF COUNSEL AND PARTIES.**

Certifications pursuant to Local Rule 16.1(D)(3) have been filed separately by the parties.

**IV.    OTHER MATTERS.**

    **A.    Proposed Agenda for the September 28, 2005 Conference:**

        i. Discussion of Proposed Discovery Plan and Pre-Trial Schedule

        ii. Discussion of other discovery issues

    **B.    Trial by Magistrate Judge**

    The parties have not consented to trial by a Magistrate Judge.

    **C.    Settlement Proposal**

    In accordance with the Court's Notice of Scheduling Conference, IBEX has presented a written settlement proposal to Honeywell and Honeywell will be prepared to respond to the proposal at the Scheduling Conference.

| | |
|---|---|
| IBEX ENGINEERING SERVICES, INC. | HONEYWELL TECHNOLOGY SOLUTIONS INC. |
| By its Attorneys, | By its Attorneys, |
| /s/ Joseph F. Hardcastle | HOLLAND & KNIGHT LLP |
| Joseph F. Hardcastle (BBO# 559479) | |
| Cintra S. Shober (BBO# 560120) | |
| HARDCASTLE & SHOBER | /s/ David J. Santeusanio |
| 50 Congress Street, Suite 314 | Paul M. James (BBO# 552342) |
| Boston, MA 02109 | David J. Santeusanio (BBO# 641270) |
| (617) 248-2240 | 10 St. James Avenue |
| jfh@hardcastleshober.com | Boston, Massachusetts 02116 |
| | (617) 523-2700 |
| | paul.james@hklaw.com |
| | david.santeusanio@hklaw.com |

Dated: September 23, 2005

# 3242657_v2