UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IBEX Engineering Services, Inc., <br>                                  Plaintiff, <br>     v. <br> Honeywell Technology Solutions, Inc., <br>                                  Defendant. | Civil Action <br> No. 05-CV-11126-MEL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated that all claims stated, or which could have been stated, in the above-entitled action by IBEX Engineering Services, Inc., against Honeywell Technology Solutions, Inc., are hereby dismissed, with prejudice, and without costs and fees.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| IBEX ENGINEERING SERVICES, INC. | HONEYWELL TECHNOLOGY SOLUTIONS, INC. |
| By its attorney, | By its attorneys, |
| HARDCASTLE & SHOBER | HOLLAND & KNIGHT LLP |
| /s/ Joseph F. Hardcastle <br> Joseph F. Hardcastle (BBO #559479) <br> 50 Congress Street, Suite 314 <br> Boston, MA 02109 <br> (617) 248-2240 <br> jfh@hardcastleshober.com | /s/ David J. Santeusanio <br> David J. Santeusanio (BBO No.: 641270) <br> 10 St. James Avenue <br> Boston, MA 02116 <br> (617) 523-2700 <br> david.santeusanio@HKLAW.com |

Dated: April 19, 2006

2

<u>Certificate of Service</u>

I hereby certify that this document has been filed through the ECF system, which will send notification of such filing to the attorneys of record in this matter.

<u>/s/ Joseph F. Hardcastle</u>
Joseph F. Hardcastle (BBO #559479)
50 Congress Street, Suite 314
Boston, MA 02109
(617) 248-2240
jfh@hardcastleshober.com